UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.   4:95cr4048-WS

ANDREW LEE HOLZENDORF,

    Defendant.

<u>ORDER DENYING DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE</u>

Before the court is the defendant's motion for reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2). Doc. 175. The defendant, Andrew Lee Holzendorf, seeks a reduction in his sentence pursuant to United States Sentencing Guidelines Amendment 706. Amendment 706, which reduced the guideline sentencing range for certain categories of offenses involving cocaine base, was made retroactive effective March 3, 2008.

The government has responded (doc. 176) in opposition to Holzendorf's motion, correctly stating that Holzendorf is not entitled to a sentence reduction under Amendment 706 because his guideline sentencing range has not been lowered by Amendment 706.

The court finding no basis for reducing Holzendorf's sentence, it is ORDERED:

Holzendorf's motion for reduction in sentence (doc. 175) is DENIED.

DONE AND ORDERED this     2nd      day of     September     , 2008.


                                        s/ William Stafford
                                        WILLIAM STAFFORD
                                        SENIOR UNITED STATES DISTRICT JUDGE